IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 16 2008

GREGORY C. LANGHAM
                    CLERK

Civil Action No. 08-cv-00394-BNB

GENE JOHNSON,

    Plaintiff,

v.

COLORADO SPRINGS POLICE, and
EL PASO COUNTY JAIL,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Gene Johnson, appears to be a pretrial detainee. He currently is confined at the Colorado Mental Health Facility in Pueblo, Colorado. He initiated this action by submitting to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on February 26, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Johnson to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The February 26, 2008, order pointed out that Mr. Johnson failed to submit a certified copy of his trust fund account statement for the six-month period immediately proceeding this filing and that he failed to provide any address information for each named Defendant. The order warned Mr. Johnson that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be

dismissed without prejudice and without further notice. On March 18, 2008, Mr. Johnson submitted a letter asking for an attorney to assist him with a speedy trial in his state case. Mr. Johnson has failed within the time allowed to comply with the February 26 order.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The February 26, 2008, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. In addition, it is Mr. Johnson's responsibility to provide an address for each named Defendant so that the Court can serve the complaint.

The complaint and the action will be dismissed without prejudice for Mr. Johnson's failure to cure the designated deficiencies as directed within the time allowed. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied. It is

FURTHER ORDERED that Plaintiff's request for an attorney to assist him with a speedy trial in his state case is denied.

DATED at Denver, Colorado, this 15 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00394-BNB

Gene Johnson
Prisoner No. A-0232534
CMHIP
1600 West 24th Street (F-4)
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4-10-08

                        GREGORY C. LANGHAM, CLERK

                     By: _____
                             Deputy Clerk